1  EDWARD C. DUCKERS (SB #242113)
   ed.duckers@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   bryan.hawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA 95814
   Telephone: (916) 447-0700
5  Facsimile: (916) 447-4781

6  Attorneys for Defendant
   ACT-ON SOFTWARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY A. CARON, | Case No. 2:17-cv-00183-KJM-CKD |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER; ORDER** |
| v. | |
| ACT-ON SOFTWARE, INC., | |
| Defendant. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO MODIFY
INITIAL PRETRIAL SCHEDULING ORDER

2:17-CV-00183-KJM-CKD

96067426.1 0065107-00002

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Jeffrey A. Caron ("Plaintiff") and Defendant Act-On Software, Inc. ("Defendant"), by and through their counsel of record, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

## RECITALS

1. This is a single plaintiff employment dispute between Plaintiff and his former employer Act-On.

2. On August 17, 2017, the Court entered a Scheduling Order in this matter (ECF No. 37);

3. The Court's Scheduling Order provided for the following deadlines:

| Event | Deadline |
| --- | --- |
| Completion of All Discovery | March 23, 2018 |
| Disclosure of Expert Witnesses | July 6, 2018 |
| Disclosure of Supplemental Expert Witnesses | August 10, 2018 |
| Last day to hear dispositive motions | June 15, 2018 |
| Final Pretrial Conference | October 19, 2018 |
| Joint Pretrial Conference Statement | September 28, 2018 |
| Jury Trial | November 26, 2018 |

4. The Parties have been progressing through discovery and are currently scheduled to conduct multiple depositions prior to the scheduled close of discovery, including the deposition of a former Act-On employee in Denver, Colorado. The Parties, however, desire to participate in private mediation prior to completing this and other future discovery.

## STIPULATION

In order to allow the Parties additional time to attend private mediation and to complete the remaining discovery, the Parties hereby submit this stipulated request that the Court extend

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO MODIFY
INITIAL PRETRIAL SCHEDULING ORDER -1- 2:17-CV-00183-KJM-CKD

96067426.1 0065107-00002

the deadlines in its Scheduling Order by sixty (60) days.  The Parties further agree that no further discovery shall take place until after the anticipated private mediation.

DATED:  February 26, 2018　　　　　　　　　STOEL RIVES LLP


By: /s/ Bryan L. Hawkins
　　EDWARD C. DUCKERS
　　BRYAN L. HAWKINS
　　Attorneys for Defendant
　　ACT-ON SOFTWARE, INC.


DATED:  February 26, 2018　　　　　　　　　LAW OFFICE OF CALVIN CHANG


By: /s/ Calvin Chang (as authorized on 2/26/18)
　　CALVIN CHANG
　　Attorneys for Plaintiff
　　JEFFREY A. CARON

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO MODIFY
INITIAL PRETRIAL SCHEDULING ORDER             -2-                    2:17-CV-00183-KJM-CKD

96067426.1 0065107-00002

# ORDER

Pursuant to the terms of the foregoing stipulation, the Court GRANTS the Parties' stipulated request.

ACCORDINGLY, IT IS HEREBY ORDERED that:

The Parties' stipulated request is GRANTED. All dates in the August 17, 2017 Scheduling Order are continued for sixty (60) days. Specifically:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Completion of All Discovery | March 23, 2018 | **May 25, 2018** |
| Disclosure of Expert Witnesses | July 6, 2018 | **September 7, 2018** |
| Disclosure of Supplemental Expert Witnesses | August 10, 2018 | **October 12, 2018** |
| Last day to hear dispositive motions | June 15, 2018 | **August 17, 2018** |
| Final Pretrial Conference | October 19, 2018 | **December 21, 2018 at 10:00 a.m. in Courtroom #3** |
| Joint Pretrial Conference Statement | September 28, 2018 | **November 30, 2018** |
| Jury Trial | November 26, 2018 | **January 22, 2019 at 9:00 a.m. in Courtroom #3** |

IT IS SO ORDERED.

DATED: February 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO MODIFY
INITIAL PRETRIAL SCHEDULING ORDER      -3-      2:17-CV-00183-KJM-CKD

96067426.1 0065107-00002