EDWARD C. DUCKERS (SB #242113)
ed.duckers@stoel.com
BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
ACT-ON SOFTWARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY A. CARON, | Case No. 2:17-cv-00183-KJM-CKD |
| Plaintiff, | **SECOND STIPULATED REQUEST TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER; ORDER** |
| v. | |
| ACT-ON SOFTWARE, INC., | |
| Defendant. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO FURTHER
MODIFY PRETRIAL SCHEDULING ORDER

2:17-CV-00183-KJM-CKD

96067426.1 0065107-00002

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Jeffrey A. Caron ("Plaintiff") and Defendant Act-On Software, Inc. ("Defendant"), by and through their counsel of record, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

RECITALS

1. This is a single plaintiff employment dispute between Plaintiff and his former employer Act-On.

2. On August 17, 2017, the Court entered a Scheduling Order in this matter (ECF No. 37);

3. The Court's Scheduling Order provided for the following deadlines:

| Event | Deadline |
|---|---|
| Completion of All Discovery | March 23, 2018 |
| Disclosure of Expert Witnesses | July 6, 2018 |
| Disclosure of Supplemental Expert Witnesses | August 10, 2018 |
| Last day to hear dispositive motions | June 15, 2018 |
| Final Pretrial Conference | October 19, 2018 |
| Joint Pretrial Conference Statement | September 28, 2018 |
| Jury Trial | November 26, 2018 |

4. On February 26, 2018, and due to the Parties' desire to participate in private mediation in an effort to informally resolve this matter, the Parties submitted a stipulated request to modify the Court's Scheduling Order. ECF No. 40.

5. On February 28, 2018, the Court granted the Parties' stipulated request and issued the following modified Scheduling Order:

| Event | Deadline |
|---|---|
| Completion of All Discovery | May 25, 2018 |

| | |
|---|---|
| Disclosure of Expert Witnesses | September 7, 2018 |
| Disclosure of Supplemental Expert Witnesses | October 12, 2018 |
| Last day to hear dispositive motions | August 7, 2018 |
| Final Pretrial Conference | December 21, 2018 |
| Joint Pretrial Conference Statement | November 30, 2018 |
| Jury Trial | January 22, 2019 |

ECF No. 41.

6. On April 19, 2018, the Parties participated in a private mediation with Laurie Quigley Saldana, Esq. During this mediation the Parties made significant progress towards the resolution of this matter. A few items, however, remain to be negotiated.

## STIPULATION

In order to permit the Parties with additional time to potentially settle this matter, and to complete the remaining fact discovery in the event the matter does not settle, the Parties hereby submit this stipulated request that the Court extend the fact discovery deadline in its Scheduling Order by fourteen (14) days - from May 25, 2018 to June 8, 2018. The Parties are not requesting a modification of any other pretrial dates.

RESPECTFULLY SUBMITTED

DATED: April 20, 2018     STOEL RIVES LLP


By: /s/ Bryan L. Hawkins
    EDWARD C. DUCKERS
    BRYAN L. HAWKINS
    Attorneys for Defendant
    ACT-ON SOFTWARE, INC.

DATED: April 20, 2018					LAW OFFICE OF CALVIN CHANG


						By: /s/ Calvin Chang (as authorized on 4/20/18)
						    CALVIN CHANG
						    Attorneys for Plaintiff
						    JEFFREY A. CARON

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO FURTHER
MODIFY PRETRIAL SCHEDULING ORDER		-3-			2:17-CV-00183-KJM-CKD

96067426.1 0065107-00002

**ORDER**

Pursuant to the terms of the foregoing stipulation, the Court GRANTS the Parties' stipulated request.

ACCORDINGLY, IT IS HEREBY ORDERED that:

The Parties' stipulated request is GRANTED. The fact discovery deadline in the Court's February 28, 2018 Modified Scheduling Order is continued fourteen (14) days from May 25, 2018 to June 8, 2018.

IT IS SO ORDERED.

DATED: April 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED REQUEST TO FURTHER
MODIFY PRETRIAL SCHEDULING ORDER -4- 2:17-CV-00183-KJM-CKD

96067426.1 0065107-00002